AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

v.

James Normandin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-40270

TO: (Name and address of Defendant)

James Normandin
54 Oliver Street
Fitchburg, MA 01420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

DATE  12-2-03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                           03/05/2004

I hereby certify and return that on 03/04/2004 at 10:40am I served a true and attested copy of the Summons & Complaint for Compensatory, Statutory & Other Damages, & for Injunctive Relief, Civil Cover Sheet, Corporate Disclosure, Attachment in this action in the following manner: To wit, by delivering in hand to JAMES NORMANDIN at PLACE OF BUSINESS - K&M REALTY TRUST - 54 OLIVER ST, FITCHBURG, MA. Fees: Service 30.00, Travel 23.66, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $61.66

Deputy Sheriff John C Curran

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.