UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: 03-40270 NMG |
| | ) |
| Plaintiff, | ) AFFIDAVIT OF ATTORNEY FOR |
| | ) PLAINTIFF'S REQUEST FOR DEFAULT |
| vs. | ) |
| | ) |
| James Normandin | ) |
| | ) |
| Defendant | ) |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On December 2, 2003, the Plaintiff filed a Complaint against the Defendant, **James Normandin**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On March 4, 2004, the said Defendant was served **in hand**, by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

6. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

_3/25/04_
Date

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of: **MASSACHUSETTS**

FILED CLERKS OFFICE
2004 NOV 28 A 9:01
U.S. DISTRICT COURT
DISTRICT OF MASS

DIRECTV, Inc.

v.

James Normandin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-40270-NMG**

A TRUE COPY ATTEST

_____
DEPUTY SHERIFF

TO: (Name and address of Defendant)

James Normandin
54 Oliver Street
Fitchburg, MA 01420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12-2-03
CLERK                                           DATE

_Sherry Jones_
(By) DEPUTY CLERK