UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Directv, Inc.,
    Plaintiff,

CIVIL ACTION
NO.03- 40270-NMG

V.

James Normandin,
    Defendant,

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Directv, Inc., for an order of default for failure of the Defendant, James Normandin, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 21st day of April, 2004.

TONY ANASTAS, CLERK

By: /s/ Martin Castles
Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)
[ntcdflt.]