UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| **DIRECTV, Inc.**<br>    Plaintiff, | ) CIVIL ACTION NO. 03-40270-FDS<br>)<br>) |
| vs. | ) MOTION TO RESCHEDULE HEARING<br>) |
| **James Normandin**<br>    Defendant | )<br>)<br>) |

The Plaintiff moves this court for an order rescheduling the scheduling conference presently calendared for August 25, 2004 at 10:30 a.m.

As grounds for this motion the Plaintiff asserts that:

1. Plaintiff's counsel has been notified that the Defendant is deceased as of June 1, 2004;

2. It is Plaintiffs Counsel's understanding that Attorney John Bowen is the Executor of the Defendants estate.

3. Plaintiff's counsel has been in negotiations with Attorney John Bowen.

4. Postponing this scheduling conference 30 days will allow the parties to attempt to resolve the matter.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has contacted the Executor of the Defendant's estate, who assents to this motion.

8/23/04

Attorney for Plaintiff, DIRECTV, Inc.

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865