UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| DIRECTV, Inc. </br></br> Plaintiff, </br></br> vs. </br></br> James Normandin </br></br> Defendant | ) CIVIL ACTION NO. 03-40270-FDS </br> ) </br> ) AFFIDAVIT IN SUPPORT OF </br> ) PLAINTIFF'S ASSENTED TO MOTION </br> ) TO RESCHEDULE SCHEDULING </br> ) CONFERENCE </br> ) </br> ) </br> ) </br> ) |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I was recently notified that the Defendant is deceased as of June 1, 2004.

4. I have been in contact with John Bowen, Executor of the deceased Defendant's estate.

5. Postponing this scheduling conference 30 days will allow the parties to attempt to resolve the matter.

6. I have been in contact with John Bowen, who assents to this motion.

Page 1

Subscribed and sworn to, under the pains and penalties of perjury, this 22 day of August 2004.

_____
John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

    In a good faith attempt, I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 24 day of August 2004, a copy of the foregoing Motion for re-scheduling and affidavit in support were mailed first class in send e-mail to:

Attorney John A. Bowen
116 Prichard Street
Fitchburg, MA  01420

_____
John M. McLaughlin, Esq.