UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

| | |
|---|---|
| **DIRECTV, Inc.** )  <br>   ) <br>    **Plaintiff,** ) <br>   ) <br> vs. ) <br>   ) <br> **James Normandin** ) <br>   ) | Case No.: 03-40270-FDS <br><br> **SUBSTITUTE APPEARANCE** |

To the Court and all parties of record:

   The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

                                           Respectfully Submitted for DIRECTV, Inc.
                                           By Its Attorney,

_9/9/04_
Date

                                           John M. McLaughlin
                                           **Green, Miles, Lipton & Fitz-Gibbon**
                                           P.O. Box 210
                                           77 Pleasant Street, Northampton, MA 01061-0210
                                           Phone 413-586-8218
                                           Direct line 413-586-0865
                                           Fax 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 9 day of Sept, 2004, a copy of the foregoing was sent via first class mail to:

The Estate of James Normandin
c/o John A. Bowen
116 Prichard Street
Fitchburg, MA 01420

_____
John M. McLaughlin, Esq.